(50 South. 826.)

No. 17,635.

BENOIT v. BENOIT.

(Dec. 13, 1909.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Winston Overton, Judge.

Action by Simeon Benoit against Eva Benoit. Judgment for plaintiff, and defendant appeals. Affirmed.

Goudeau & Barbe, for appellant. Williams & Williams, for appellee.

PROVOSTY, J. The defendant wife has appealed from a judgment decreeing a divorce on the ground of her adultery. The only point urged by her counsel is that the testimony of the witnesses to the adultery is incredible. The trial judge believed the testimony, and we see no reason for not following his example.

Judgment affirmed.